# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D20-0474

————————————————

LACHLAN ROTSCHREK,

    Appellant,

    v.

RONNIE WOODALL, Warden, New
River Correctional Institution,

    Appellee.

————————————————

On appeal from the Circuit Court for Bradford County.
David P. Kreider, Judge.

September 3, 2020

PER CURIAM.

    Appellee's motion to dismiss, filed July 1, 2020, is granted, and this appeal is dismissed as moot.

B.L. THOMAS, WINOKUR, and TANENBAUM, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Lachlan Rotschrek, pro se, Appellant.

Lance Eric Neff, General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.